

# NUMBER 13-24-00430-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

CITY OF BROWNSVILLE, TEXAS,                                         Appellant,

v.

MILWHITE, INC.,                                                    Appellee.

---

## ON APPEAL FROM THE 444TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on an agreed motion to dismiss appeal. On November 1, 2024, we ordered this matter abated pending potential settlement. As a result of settlement negotiations, the parties have reached a settlement agreement and request that the appeal be dismissed as moot.

Upon review of the agreed motion, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the agreed motion to dismiss is granted, and the appeal is hereby dismissed.

Costs are taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
16th day of January, 2025.